

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00327-CV

_____

IN THE INTEREST OF I.R., A CHILD

---

On Appeal from the 360th District Court
Tarrant County, Texas
Trial Court No. 360-551720-14

---

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION**

Appellant J.R. attempts to appeal from the "Order in Suit for Modification of Support Order and to Confirm Support Arrearage" signed by the associate judge on July 2, 2024.[1] We notified Appellant on July 22, 2024, of our jurisdiction concern because the order did not appear to be a final judgment or an appealable interlocutory order. We stated that unless Appellant or any party desiring to continue the appeal filed with the court, on or before Thursday, August 1, 2024, a response showing grounds for continuing the appeal, this appeal could be dismissed for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 44.3. We received no response.

This court has appellate jurisdiction over appeals from final judgments and from interlocutory orders that the Texas Legislature has specified are immediately appealable. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). The associate judge's order is not a final judgment or an interlocutory order that is appealable to this court. *See generally* Tex. Fam. Code Ann. §§ 201.015, 201.1042. Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f), 44.3; *In re E.D.*, No. 02-18-00144-CV, 2018 WL 2440389, at *1 (Tex. App.—Fort Worth

---

[1]From the notice of appeal, it appeared that Appellant was requesting a de novo appeal before the referring court because it was filed within three days of the date that the associate judge signed the proposed order. *See* Tex. Fam. Code Ann. §§ 201.015, 201.1042. A deputy clerk from our court confirmed with the district court's coordinator that the de novo appeal would be heard by Judge Bennett. The coordinator stated that she was not sure why this court had been sent a copy of this de novo appeal.

May 31, 2018, no pet.) (mem. op.) (dismissing appeal for want of jurisdiction after the notice of appeal was forwarded to the referring court for a de novo hearing).

Per Curiam

Delivered:  August 22, 2024